# Myra Anderson

| | |
|---|---|
| **From:** | ecfnoticing@vawd.uscourts.gov |
| **Sent:** | Friday, April 26, 2024 9:06 AM |
| **To:** | InterDistrictTransfer_WVSD |
| **Subject:** | Transferred case has been opened |

CASE: 5:23-cv-00731

DETAILS: Case transferred from West Virginia Southern has been opened in Western District of Virginia as case 4:24-cv-00020, filed 04/24/2024.